Gustave E. Riedl, for appellants; William J. Tuohy, State's Attorney, for appellee; John F. Cashen, Jr., Special Attorney to Board of Election Com'rs, of counsel. Opinion by JUSTICE SCANLAN. **Not to be published in full.** Opinion filed October 25, 1949; rehearing denied November 17, 1949; released for publication November 18, 1949.

## Frank L. Adkins, Appellee, v. C. G. Evans and Luda Evans, Appellants.

### Gen. No. 9,641.

Pree & Pree and Douglass & Wilson, for appellants; Duane L. Traynor, for appellee. Opinion by JUSTICE O'CONNOR. **Not to be published in full.** Opinion filed October 31, 1949; released for publication November 28, 1949.

## In re Estate of Sarah Dobbins, Deceased.
## C. C. Carlen, Appellee, v. Jerry E. Hopkins, Administrator of Estate of Sarah Dobbins, Deceased, Appellant.

### Gen. No. 9,661.